Judge Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> ) NO. CR20-092JCC <br> Plaintiff, ) <br> v. ) DEFENDANT GOMEZ'S <br> ) MOTION TO SEAL <br> ) EXHIBITS 1, 2, 3 and 4 <br> ) <br> ALAN GOMEZ MARENTES, ) <br> ) NOTED 12 November 2021 <br> Defendant. ) <br> ) | |

**COMES NOW Alan Gomez Marentes,** by and through counsel Robert Goldsmith, and files this Motion to Seal. The defendant hereby requests that Exhibits 1, 2 and 3, Medical Records, and Exhibit 4, Declaration of Defendant, remain sealed, as they contain confidential information.

Dated 4 Nov. 2021.                                        Respectfully submitted,

/s/ R. Goldsmith
Robert Goldsmith, WSBA #12265
Email: Bobgoldsmith52@gmail.com
Attorney for Defendant

MOTION TO SEAL - 1

**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA  98104
(206) 313-1780

CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of Nov., 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent electronically to the Assistant U.S. Attorney, counsel of record for the Government.

DATED this 4th day of Nov., 2021

        /s/ R. Goldsmith
Robert Goldsmith, WSBA # 12265
Email: Bobgoldsmith52@gmail.com
Attorney for defendant

MOTION TO SEAL - 2

**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA  98104
(206) 313-1780