The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ALAN GOMEZ-MARENTES,<br><br>Defendant. | NO. CR20-092 JCC<br><br>UNITED STATES' MOTION TO SEAL EXHIBITS 1 AND 2 TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR TEMPORARY RELEASE<br><br>NOTE ON MOTION CALENDAR:<br>December 3, 2021 |

The United States of America, by and through Nicholas W. Brown, United States Attorney for the Western District of Washington, and Amy Jaquette, Assistant United States Attorney for said District, files this motion respectfully requesting that Exhibits 1 and 2 in the above-captioned matter, be filed under seal and be allowed to remain under seal because the exhibits contain confidential information. Copies have been provided to opposing counsel.

///
///
///

Motion to Seal - 1
*United States v. Gomez-Marentes*, CR20-092 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  DATED this 12th day of November, 2021.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*s/Amy Jaquette*
AMY JAQUETTE
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone:   (206) 553-4127
E-mail: Amy.Jaquette@usdoj.gov

Motion to Seal - 2
*United States v. Gomez-Marentes*, CR20-092 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970