Judge Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) NO. CR20-092JCC |
| | ) |
| v. | ) **ORDER ON GOMEZ'S** |
| | ) **MOTION TO SEAL** |
| | ) |
| **ALAN GOMEZ MARENTES,** | ) |
| | ) |
| Defendant. | ) |

Having read Defendant Gomez's Motion to Seal Exhibits 1, 2 and 3, Medical Records, and Exhibit 4, Declaration of Defendant,

THE COURT ORDERS THAT the documents in Exhibits 1, 2, 3, and 4 shall remain under seal.

DONE this 15th day of November, 2021.

*[signature]*
S. KATE VAUGHAN
United States Magistrate Judge

ORDER - 1

**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA  98104
(206) 313-1780

Presented by:

/s/ R. Goldsmith
Robert Goldsmith
Attorney for defendant

ORDER - 2

**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA  98104
(206) 313-1780