|   |   |
|---|---|
|   | The Honorable John C. Coughenour |

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | NO. 20-CR-092 JCC |
|---|---|
| Plaintiff | **ORDER TO SEAL** EXHIBITS 1 AND 2 |
| v. | |
| ALAN GOMEZ-MARENTES, | |
| Defendant. | |

This matter has come before the Court on the motion to seal. United States' Motion to Seal Exhibits 1 and 2 to Government's Response to Defendant's Motion for Temporary Release. The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal of the Exhibits 1 and 2 to Government's Response to Defendant's Motion for Temporary Release due to the sensitive information contained therein.

///

///

///

Order to Seal - 1
*United States v. Gomez-Marentes*, CR20-092 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS SO ORDERED this 15th day of November, 2021.

_S. Kate Vaughan_
S. KATE VAUGHAN
United States Magistrate Judge

Presented by:

s/Amy Jaquette
AMY JAQUETTE
Assistant United States Attorney

Order to Seal - 2
*United States v. Gomez-Marentes*, CR20-092 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970