The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ALAN GOMEZ-MARENTES,<br><br>Defendant. | NO. CR20-092 JCC<br><br>ORDER GRANTING UNITED STATES' MOTION TO FILE A BRIEF IN EXCESS OF TWELVE PAGES |

The Court, having reviewed the Motion of the United States to File a Brief in Excess of Twelve Pages, hereby states: IT IS HEREBY ORDERED that the Motion is GRANTED. The United States may file its Response to Alan Gomez-Marentes' Motion for Temporary Release that does not exceed 14 pages in length.

DATED this 15th day of <u>November</u>, 2021.

S. KATE VAUGHAN
United States Magistrate Judge

Presented by:

*/s/ Amy Jaquette*
AMY JAQUETTE
Assistant United States Attorney

ORDER GRANTING UNITED STATES' MOTION TO FILE A BRIEF IN EXCESS OF TWELVE PAGES / *United States v. Gomez-Marentes,* CR20-092 JCC - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(2060) 553-7970