Judge John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALAN GOMEZ-MARENTES, et al.<br><br>Defendants. | CASE NO. CR20-092JCC<br><br>[~~proposed~~] **ORDER CONTINUING PRETRIAL MOTIONS DEADLINE** |

The Court has considered the stipulated motion of the parties for a one-week extension of the pretrial motions due date along with all the records in this case. In light of the circumstances presented in the stipulated motion,

//
//
//
//
//
//
//
//

ORDER CONTINUING
PRETRIAL MOTIONS DEADLINE - 1
*United States v. Gomez-Marentes, et al.* / CR20-092 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS NOW ORDERED that the due date for pretrial motions is extended from February 4 to February 11, 2022.

DATED this 1st day of February 2022.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Amy Jaquette*
AMY JAQUETTE
C. ANDREW COLASURDO
Assistant United States Attorneys

ORDER CONTINUING
PRETRIAL MOTIONS DEADLINE - 2
*United States v. Gomez-Marentes, et al.* / CR20-092 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970