UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>(1)  ALAN GOMEZ-MARENTES,<br>(2)  JUAN ANTONIO GONZALEZ-<br>     CARRILLO, and<br>(17) JULIAN PINEDA CASILLAS,<br><br>    Defendants. | NO. 2:20-cr-00092-JCC<br><br>ORDER ON STATUS REPORTS BY THE COORDINATING DISCOVERY ATTORNEY |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>(2)  OMAR VAZQUEZ-LIMON,<br>(3)  AARON ALARCON-CASTADENA<br>     (aka SOBRINO),<br>(8)  STEVEN R. DELVECCHIO,<br>(9)  TRACY HAWKINS,<br>(13) CLINT SCHLOTFELDT, and<br>(14) JUAN DE DIOS ALCARAZ-<br>     MARDUENO (aka JUANDE),<br><br>    Defendants. | NO. 2:20-cr-00217-JCC |

On September 15, 2020, the Court appointed Russell M. Aoki of Aoki Law PLLC, as Coordinating Discovery Attorney (CDA) in the above-captioned matters. As part of those orders, the Court directed the CDA to provide monthly status reports:

> The Coordinating Discovery Attorney shall also provide this Court with monthly *ex parte* status reports depicting the status of work and whether that work remains within the budget of any funds authorized by the Court, with the copy provided to defense counsel.

ORDER ON STATUS REPORTS BY THE COORDINATING DISCOVERY ATTORNEY - 1

Order Appointed Russell M. Aoki at Coordinating Discovery Attorney, DKT 271 (Sealed), September 15, 2020.

The last remaining defendants are scheduled for sentencing. The Government has stopped producing discovery. There are no expenses for the CDA to monitor. Accordingly, the Court modifies its previous orders:

- The CDA is relieved of the duty of filing further monthly *ex parte* status reports.
- However, the CDA shall file a status report if the Government produces additional discovery.

**SO ORDERED.**

DATED this 5th day of October, 2023.

*John C Coughenour*
John C Coughenour
United States District Court Judge